1234-14

# ELECTRONIC RECORD

COA #   01-14-00167-CR          OFFENSE: 64.01 (Appeal on Order of DNA Testing)

STYLE:   Abraham Campos v. The State of Texas          COUNTY: Brazoria

COA DISPOSITION:      AFFIRM          TRIAL COURT: 149th District Court

DATE: 12/18/2014          Publish: NO   TC CASE #:   26947

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Abraham Campos v. The State of Texas          CCA #: 1234-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/22/2015          SIGNED: _____     PC: _____

JUDGE: _____          PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**